Stephen M. Lobbin (CA Bar No. 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391

*Counsel for Plaintiff Control Sync Systems LLC*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONTROL SYNC SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**EPSON AMERICA, INC.,**<br><br>Defendant. | Case No. 8:26-cv-00511<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Control Sync Systems, LLC files this Original Complaint for Patent Infringement against Epson America, Inc., and would respectfully show the Court as follows:

## I.   <u>NATURE OF THE LAWSUIT</u>

1.     This is an action for patent infringement under the Patent Laws of the United States, Title 35 United States Code ("U.S.C.") resulting from Epson America, Inc., infringing, in an illegal and unauthorized manner and without authorization and/or consent from Control Sync Systems, LLC, United States

Patent No. 7,812,889 pursuant to 35 U.S.C. §271, and to recover damages, attorney's fees, and costs.

## II.  **THE PARTIES**

2.      Plaintiff Control Sync Systems, LLC ("CSS" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste. 500, Cheyenne, WY 82001.

3.      On information and belief, Defendant Epson America, Inc. ("Epson" or "Defendant") is a California corporation with a regular and established places of business at 3131 Katella Avenue, Los Alamitos, California 90720. Defendant has a registered agent at CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, California 95833.

## III.  **JURISDICTION AND VENUE**

4.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

5.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the California Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 3131 Katella Avenue, Los Alamitos, California 90720.

6.     Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within California.   Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in California.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within California.   Defendant has committed such purposeful acts and/or transactions in California such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

7.     Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in California and in this District at 3131 Katella Avenue, Los Alamitos, California 90720.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

8.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

## IV.  COUNT I
## PATENT INFRINGEMENT OF U.S. PATENT NO. 7,812,889

9.     Plaintiff incorporates the above paragraphs herein by reference.

10.     On October 12, 2010, United States Patent No. 7,812,889 ("the '889 Patent") was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '889 Patent is attached hereto as Exhibit A and incorporated herein by reference.

11.     CSS is the assignee of all right, title, and interest in the '889 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '889 Patent.  Accordingly, CSS possesses the exclusive right and standing to prosecute the present action for infringement of the '889 Patent by Defendant.

12.     The '889 Patent relates to the field of control systems and more particularly to a control system for controlling video and audio parameters of a display device and a play device synchronously.  (Ex. A at 1:8-11).  The '889 Patent describes a technical problem with controlling a system comprising two media devices.

13.     For example, there is a system comprising a display device (such as a television or projector) and a play device (such as a DVD player).  (*Id.* at 1:13-17). The display device has image display module and a sound display module for displaying images and sound respectively.  (*Id.* at 1:17-20).  The play device uses a module to process video data and audio data so that the display device displays and generates the corresponding images and sound, which are controlled by video and audio parameters.  (*Id.* at 1:21-25).  Both the play device and display device

have on screen display ("OSD") systems. (*Id.* at 1:26-28). A user can input a first OSD signal through a remote control for the display device or use a button on the casing of the display device to control the video and audio parameters of the display device. (*Id.* at 1:34-39). A user can also input a second OSD signal through a separate remote control for the play device or through a button on the casing of the play device to control the video and audio parameters of the display device. (*Id.* at 1:29-33).

14. Separate OSD systems for the display device and play device often annoys the user. (*Id.* at 1:40-41). For example, a user may have difficulty controlling the sound in a system of a display device and play device. (*Id.* at 1:41-43). For example, after turning on a projector and a DVD player, the user may feel the sound is too loud. (*Id.*). The user sends the second OSD signal to the OSD system of the DVD play device through the remote control of the DVD play device, which results in the sound of the DVD play device being lowered. (*Id.* at 1:43-46). However, if the user feels the sound is still too loud, then the user realizes that it is the sound of the projector play device that is too loud. (*Id.* at 1:46-48). So the user then uses the remote control of the projector play device to input the first OSD signal to finally lower the sound of the projector. (*Id.* at 1:50-51). It is therefore really inconvenient and troublesome for a user to pass through multiple steps using multiple remote controls to get the sound that the user seeks. (*Id.* at 1:52-54). The inventors therefore sought to create a control system for controlling video and audio

parameters of a display device and a play device to solve the problem. (*Id.* at 1:55-58).

15. **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 1 of the '889 Patent in California, this District and elsewhere in the United States. As shown below, Defendant makes, uses, sells and/or offers to sell a control system used for controlling video and audio parameters of a display device and a play device, the display device receiving video and audio data from the play device to display and generate corresponding images and sound, the video and audio parameters controlling the images and sound that infringes claim 1 such as the Q Series,[1] LS Series,[2] Cinema Series,[3] EF Series,[4] PowerLite Series,[5] and EB Series.[6] For the purposes of demonstrating the infringement, Plaintiff uses Defendant's EB-L890E

---

[1] Q Series projectors including EH-QB1000B and EH-QB1000W.

[2] L Series projectors including LS11000, EH-LS670B, EH-LS670W, PowerLite® Pro Cinema, LS9600e/LS10000", EH-LS9000B/EH-LS9000W, LS12000, and LS10500.

[3] Cinema Series projectors including Home Cinema 2100/2150/3200/3800/4000/4010/5050UB/5050Ube/LS11000, and Pro Cinema 4050/6050UB/LS10500

[4] EF Series projectors including Lifestudio Flex EF71, Lifestudio Flex Plus EF72, Lifestudio Pop EF61, and Lifestudio Pop Plus EF62

[5] PowerLite Series projectors including Epson PowerLite Home Cinema 2000/2030/2040/2045/3000/3100/3500/3600e/3700/3900/5025UB/5030UB/5030 Ube/5040UB/5040UBe and Epson PowerLite Pro Cinema 4030/6030UB/4040/6040UB

[6] EB Series projectors including EB-L690E, EB-L690SE, EB-L690SU, EB-L690U, EB-L695SE, EB-L695SU, EB-L790SE, EB-L790U, EB-L795SE, EB-L890E, EB-L890U, and EB-L895E

of the EB Series 3LCD laser projector as an exemplary device; however, the analysis is equally applicable to the use of Defendant's other Consumer Electronic Control ("CEC") products.

16.    Epson makes, uses, sells and/or offers to sell the EB-L890E, a 3LCD laser projector ("display device"), which include a feature of HDMI-CEC (High-Definition Multimedia Interface - Consumer Electronics Control), a standard-based control system, that allows users to control CEC compatible multimedia devices such as audio/video system, and multi-media players connections using a single remote control. The HDMI-CEC standard enables connected devices to communicate with each other over HDMI cables. The single remote control of the EB-L890E projector is used to control video playback, such as play/pause ("video and audio parameters"), for both the projector and the connected multimedia device. Finally, the connected HDMI-CEC compatible multimedia device such as audio/video system, and multi-media players transmits the video signals to the projector based on the playback control ("the display device receiving video and audio data from the play device to display and generate corresponding images and sound").





(*E.g.,*   https://epson.com/For-Work/projectors/Meeting-Room/PowerLite-L890E-8%2C000-Lumen-3LCD-Laser-projector-with-4K-Enhancement/p/V11HB24020).[7]



---

[7] Red boxes, lines, and text annotations are added to the images in the Complaint.

COMPLAINT - 8

(*E.g.*,    https://epson.com/For-Work/projectors/Meeting-Room/PowerLite-L890E-

8%2C000-Lumen-3LCD-Laser-projector-with-4K-

Enhancement/p/V11HB24020).





(*E.g.*,

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/

UsersGuide_EBL890E_EN_EAI.pdf, page 94).

**Projector Parts - Remote Control**



| Name | Function |
|---|---|
| ❶ Power button ( ⏻ ) | Turns the projector on or off. |
| ❷ [HDMI] button | Switches the image source between the HDMI1 and HDMI2 ports. |
| ❸ [Wireless] button | Switches the image source to the network connected device. |
| ❹ Numeric buttons | Enters numbers in the projector's menu. |
| ❺ [Customize] button | Performs settings assigned in the **Customize Button** setting in the projector's **Management** menu. |
| ❻ [Menu] button | Displays and closes the projector's menu. |
| ❼ Arrow buttons | Selects menu items while displaying the projector's menu. |
| ❽ [Enter] button ( ↵ ) | Selects the current selection and moves to the next level while displaying the projector's menu. |
| ❾ [Home] button | Displays the Home screen. |
| ❿ [Volume] up/down buttons | Adjusts the speaker volume. |
| ⓫ [A/V Mute] button | Turns the video and audio on or off temporarily. |
| ⓬ [Mute] button | Turns the audio on or off temporarily. |
| ⓭ Rewind button | Rewinds the images. (For streaming with AirPlay/For HDMI CEC) |
| ⓮ Pause/Play button | Pauses or plays the images. (For streaming with AirPlay/For HDMI CEC) |
| ⓯ Fast-Forward button | Fast-forwards the images. (For streaming with AirPlay/For HDMI CEC) |
| ⓰ [Freeze] button | Pauses or resumes images. |
| ⓱ [E-Zoom] +/– buttons | Resizes the projected image. |
| ⓲ [Default] button | Returns the selected setting to its default value. |

(*E.g.*,

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/

UsersGuide_EBL890E_EN_EAI.pdf, page 24).

# CEC 13   CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-22 of 97).

## CEC 3.1        End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7        Deck Control

### CEC 13.7.1        Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2        Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).

COMPLAINT - 11



*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

17.    Defendant makes, uses, sells and/or offers to sell a control system comprising an on screen display (OSD) system of the display device disposed in the display device for receiving a first OSD signal from external of the display device.  For example, the EB-L890E projector ("display device") includes an on-screen interface ("an on-screen display (OSD)") that presents OSD menu controls, including Input & Output control and other interface elements. The HDMI-CEC

feature enables the user to control connected HDMI-CEC-compatible multimedia devices, such as an audio/video system ("play device") and multimedia players, through the EB-L890E projector's remote control. When the user, via the remote control, browses, navigates, and selects commands such as pause/play ("first OSD signal") through the on-screen interface to control the connected HDMI-CEC-compatible multimedia device, the remote control sends a signal to select these commands to the Projector ("receiving a first OSD signal from external to the display device"), and the projector displays the result of these commands to the user, such that the video stream from the connected HDMI-CEC-compatible multimedia device is played/paused as per the user's selected command.

When an audio/video source that meets the HDMI CEC standard is connected to the projector's HDMI port, you can use the projector's remote control to control certain features of the linked device.

Example: Projector, audio/video system, and multi-media players connection



- As long as the connected device meets the HDMI CEC standard, you can use the HDMI Link features even if the audio/video system in-between does not meet the HDMI CEC standard.
- Up to 3 multi-media players that meet the HDMI CEC standard can be connected at the same time.

(*E.g.*, https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/UsersGuide_EBL890E_EN_EAI.pdf, page 94).

Normally the projector automatically detects and optimizes the input signal
settings. If you need to customize the settings, you can use the **Signal I/O** menu.
The available settings depend on the currently selected input source.



On screen interface ("an on-screen display (OSD)")

(*E.g.,*

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/
UsersGuide_EBL890E_EN_EAI.pdf, page 196).

## Operating the Connected Devices Using the HDMI Link Features

You can select the connected device that is available for HDMI Link and control
the selected device using the HDMI Link features.

> * When you use the HDMI Link features, set the **HDMI Link** setting to
>   **On** in the projector's **Signal I/O** menu.
> * You must also configure the connected device. See the documentation
>   supplied with the device for more information.
> * Some connected devices or functions of those devices may not
>   operate properly even if they meet the HDMI CEC standard. See the
>   documentation supplied with the device for more information.
> * Use a cable that supports the HDMI standard.

(*E.g.,*

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/
UsersGuide_EBL890E_EN_EAI.pdf, page 94).

**7** Press [Esc] to exit the menus.

You can use the projector's remote control to control the linked device, such as playback, stop, fast forward, and rewind.

*Remote control – external to the projector transmits playback commands ("first OSD signal")*

(*E.g.*,

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/

UsersGuide_EBL890E_EN_EAI.pdf, page 95).



**Projector Parts - Remote Control**

| Name | Function |
|---|---|
| Power button (⏻) | Turns the projector on or off. |
| [HDMI] button | Switches the image source between the HDMI1 and HDMI2 ports. |
| [Wireless] button | Switches the image source to the network connected device. |
| Numeric buttons | Enters numbers in the projector's menu. |
| [Customize] button | Performs settings assigned in the **Customize Button** setting in the projector's **Management** menu. |
| [Menu] button | Displays and closes the projector's menu. |
| Arrow buttons | Selects menu items while displaying the projector's menu. |
| [Enter] button (↵) | Enters the current selection and moves to the next level while displaying the projector's menu. |
| [Home] button | Displays and closes the Home screen. |
| [Volume] up/down buttons | Adjusts the speaker volume. |
| [A/V Mute] button | Turns the video and audio on or off temporarily. |
| [Mute] button | Turns the audio on or off temporarily. |
| Rewind button | Rewinds the images. (For streaming with AirPlay/For HDMI CEC) |
| Pause/Play button | Pauses or plays the images. (For streaming with AirPlay/For HDMI CEC) |
| Fast-Forward button | Fast-forwards the images. (For streaming with AirPlay/For HDMI CEC) |
| [Freeze] button | Pauses or resumes images. |
| [E-Zoom] +/- buttons | Resizes the projected image. |
| [Default] button | Returns the selected setting to its default value. |

*Playback commands ("first OSD signal")*

*Remote control – external to the projector transmits playback commands ("first OSD signal")*

(*E.g.*,

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/

UsersGuide_EBL890E_EN_EAI.pdf, page 24).

## CEC 13   CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-22 of 97).

**CEC 3.1        End-User Features**

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

**CEC 3.2        Supporting Features**

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7    <u>Deck Control</u>

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

<u>This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.</u>

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

<u>A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the</u> deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message. It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

**What is an on-screen display (OSD)?**

An on-screen display (OSD) is a control panel superimposed on a computer monitor, mobile device, television screen or another electronic device display that enables users to select viewing options and/or adjust components of the display, such as brightness, contrast, and horizontal and vertical positioning.

**How do on-screen displays work?**

On-screen displays usually comprise a menu that is accessible by pressing a button on the monitor, mobile device, TV remote control or another type of input device.

Once the menu is open, users can use the up and down arrows or other navigation keys to scroll through the options and make their selection.

Some on-screen displays also enable you to change the display in real time, such as increasing or decreasing the screen brightness.

(*E.g.*, https://www.techtarget.com/whatis/definition/on-screen-display-OSD).

18.     Defendant makes, uses, sells and/or offers to sell a control system comprising an encoding/decoding module of the display device disposed in the display device for encoding the first OSD signal received by the OSD system into a first data signal.  For example, once the user selects a command such as play or pause to control playback of a HDMI-CEC compatible multimedia device, such as an audio/video system ("play device"), and multi-media players, through the on-screen interface of the EB-L890E projector, the EB-L890E projector receives the selected command ("first OSD signal") and transmits it to the connected HDMI-CEC compatible multimedia device via the HDMI cable. The transmitted play command controls the playback operation of the connected multimedia device. The HDMI-CEC specifications disclose that, to transmit data via the HDMI interface,

an encoder encodes data originating from the EB-L890E projector, including audio/video data, command signals, and auxiliary data, into an encoded data signal ("first data signal") and transmits it through the HDMI interface. When the encoded data is received by the connected HDMI-CEC compatible multimedia device, it is decoded to recover the underlying information. Therefore, it would be apparent to a person of ordinary skill in the art that the EB-L890E projector includes an encoding/decoding module configured to encode the received play command into an encoded data signal that is transmitted to the HDMI-CEC compatible multimedia device to control the playback of the HDMI-CEC device.

**7** Press [Esc] to exit the menus.

You can use the projector's remote control to control the linked device, such as playback, stop, fast forward, and rewind. *Remote control – external to the projector transmits playback commands ("first OSD signal")*

(*E.g.*, https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/UsersGuide_EBL890E_EN_EAI.pdf, page 95).



**Projector Parts - Remote Control**

| Name | Function |
|---|---|
| ❶ Power button ( ⏻ ) | Turns the projector on or off. |
| ❷ [HDMI] button | Switches the image source between the HDMI1 and HDMI2 ports. |
| ❸ [Wireless] button | Switches the image source to the network connected device. |
| ❹ Numeric buttons | Enters numbers in the projector's menu. |
| ❺ [Customize] button | Performs settings assigned in the **Customize Button** setting in the projector's **Management** menu. |
| ❻ [Menu] button | Displays and closes the projector's menu. |
| ❼ Arrow buttons | Selects menu items while displaying the projector's menu. |
| ❽ [Enter] button ( ↵ ) | Enters the current selection and moves to the next level while displaying the projector's menu. |
| ❾ [Home] button | Displays and closes the Home screen. |
| ❿ [Volume] up/down buttons | Adjusts the speaker volume. |
| ⓫ [A/V Mute] button | Turns the video and audio on or off temporarily. |
| ⓬ [Mute] button | Turns the audio on or off temporarily. |
| ⓭ Rewind button | Rewinds the images. (For streaming with AirPlay/For HDMI CEC) |
| ⓮ Pause/Play button | Pauses or plays the images. (For streaming with AirPlay/For HDMI CEC) |
| ⓯ Fast-Forward button | Fast-forwards the images. (For streaming with AirPlay/For HDMI CEC) |
| ⓰ [Freeze] button | Pauses or resumes images. |
| ⓱ [E-Zoom] +/- buttons | Resizes the projected image. |
| ⓲ [Default] button | Returns the selected setting to its default value. |

Playback commands ("first OSD signal")

Remote control – external to the projector transmits playback commands ("first OSD signal")

(*E.g.*,

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/UsersGuide_EBL890E_EN_EAI.pdf, page 24).

When an audio/video source that meets the HDMI CEC standard is connected to the projector's HDMI port, you can use the projector's remote control to control certain features of the linked device.

Example: Projector, audio/video system, and multi-media players connection



Play Device

HDMI          HDMI

Display Device


- As long as the connected device meets the HDMI CEC standard, you can use the HDMI Link features even if the audio/video system in-between does not meet the HDMI CEC standard.
- Up to 3 multi-media players that meet the HDMI CEC standard can be connected at the same time.

(*E.g.*,

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/

UsersGuide_EBL890E_EN_EAI.pdf, page 94).

### Connecting to an HDMI Video Source

If your video source has an HDMI port, you can connect it to the projector using an HDMI cable and send the image source's audio with the projected image.

(*E.g.*,

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/

UsersGuide_EBL890E_EN_EAI.pdf, page 36).

As shown in Figure 5-1, an HDMI link includes three TMDS Data channels and a single TMDS Clock channel. The TMDS Clock channel constantly runs at a rate proportional to the pixel rate of the transmitted video. During every cycle of the TMDS Clock channel, each of the three TMDS data channels transmits a 10-bit character. This 10-bit word is encoded using one of several different coding techniques.

The input stream to the Source's encoding logic will contain video pixel, packet and control data. The packet data consists of audio and auxiliary data and associated error correction codes.

These data items are processed in a variety of ways and are presented to the TMDS encoder as either 2 bits of control data, 4 bits of packet data or 8 bits of video data per TMDS channel. The Source encodes one of these data types or encodes a Guard Band character on any given clock cycle.



(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-54 of 97).

## CEC 3.1      **End-User Features**

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2      **Supporting Features**

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7        Deck Control

### CEC 13.7.1        Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2        Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

When the user changes a menu language setting on the TV, it shall send a <Set Menu Language> message containing the currently selected menu [Language], as shown below.



*CEC Figure 16 A typical scenario when a menu language setting within the TV is modified*

On receipt of the <Set Menu Language> message, the device shall attempt to use the newly selected [Language] for Menus and OSDs.

(*Id.*, Page CEC-32 of 97).

19.     Defendant makes, uses, sells and/or offers to sell a control system comprising a bus connected to the display device for sending the first data signal out of the display device and transmitting the first data signal to the play device. For example, the EB-L890E projector ("display device") features HDMI-CEC, a standard-based control system that allows users to control multiple HDMI-CEC compatible multimedia devices, such as a such as an audio/video system ("play device"), or multi-media players, using a single remote control. The HDMI-CEC standard enables connected devices to communicate with each other over HDMI

cables ("bus"). When the user selects a command, such as play or pause, on the remote control, to control playback on an HDMI-CEC compatible multimedia device, the EB-L890E projector encodes playback control commands into encoded data packets ("the first data signal") and transmits them to the connected HDMI-CEC compatible multimedia device through the HDMI cables.

When an audio/video source that meets the HDMI CEC standard is connected to the projector's HDMI port, you can use the projector's remote control to control certain features of the linked device.

Example: Projector, audio/video system, and multi-media players connection



- As long as the connected device meets the HDMI CEC standard, you can use the HDMI Link features even if the audio/video system in-between does not meet the HDMI CEC standard.
- Up to 3 multi-media players that meet the HDMI CEC standard can be connected at the same time.

(*E.g.*, https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/UsersGuide_EBL890E_EN_EAI.pdf, Page 94).

## Connecting to an HDMI Video Source

If your video source has an HDMI port, you can connect it to the projector using an HDMI cable and send the image source's audio with the projected image.

(*E.g.*, https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/UsersGuide_EBL890E_EN_EAI.pdf, Page 36).

As shown in Figure 5-1, an HDMI link includes three TMDS Data channels and a single TMDS Clock channel. The TMDS Clock channel constantly runs at a rate proportional to the pixel rate of the transmitted video. During every cycle of the TMDS Clock channel, each of the three TMDS data channels transmits a 10-bit character. This 10-bit word is encoded using one of several different coding techniques.

The input stream to the Source's encoding logic will contain video pixel, packet and control data. The packet data consists of audio and auxiliary data and associated error correction codes.

These data items are processed in a variety of ways and are presented to the TMDS encoder as either 2 bits of control data, 4 bits of packet data or 8 bits of video data per TMDS channel. The Source encodes one of these data types or encodes a Guard Band character on any given clock cycle.



(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-54 of 97).

*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-54 of 97).

20.    Defendant makes, uses, sells and/or offers to sell a control system wherein the display device receives the first OSD signal to control the video and audio parameters of the display device, the play device is decoding the first data signal received from the bus to control the video and audio parameters of the play device.  For example, once the user-selected commands, such as play or pause ("the first OSD signal"), are encoded into encoded data packets ("the first data signal") and transmitted via the HDMI cables, a decoder in the HDMI-CEC compatible multimedia device, such as an audio/video system ("play device"), or multi-media players, receives these encoded data packets and decodes them ("decoding the first data signal") to determine and execute the user-selected commands, thereby playing or pausing the audio-video stream from the HDMI-CEC compatible multimedia device ("controlling the video and audio parameters of the play

device"). Further, when the user selects the play or pause commands on the onscreen display of the EB-L890E projector, the audio and video displayed on the projector are played or paused as well. Therefore, it would be apparent to a person having ordinary skill in the art that the EB-L890E projector receives the first OSD signal to control the video and audio parameters of the display device.

**7** Press [Esc] to exit the menus.

You can <u>use the projector's remote control to control the linked device, such as playback, stop, fast forward, and rewind.</u>  "control the video and audio parameters of the play device"

(*E.g.,*

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/
UsersGuide_EBL890E_EN_EAI.pdf, page 95).

When an audio/video source that meets the HDMI CEC standard is connected to the projector's HDMI port, you can use the projector's remote control to control certain features of the linked device.

Example: Projector, audio/video system, and multi-media players connection



→ Play Device

→ Display Device

- As long as the connected device meets the HDMI CEC standard, you can use the HDMI Link features even if the audio/video system in-between does not meet the HDMI CEC standard.
- Up to 3 multi-media players that meet the HDMI CEC standard can be connected at the same time.

(*E.g.,*

https://download2.ebz.epson.net/sec_pubs_visual/eai/projectors/pdf/useg/EN/
UsersGuide_EBL890E_EN_EAI.pdf, page 94).

As shown in Figure 5-1, an HDMI link includes three TMDS Data channels and a single TMDS Clock channel. The TMDS Clock channel constantly runs at a rate proportional to the pixel rate of the transmitted video. During every cycle of the TMDS Clock channel, each of the three TMDS data channels transmits a 10-bit character. This 10-bit word is encoded using one of several different coding techniques.

The input stream to the Source's encoding logic will contain video pixel, packet and control data. The packet data consists of audio and auxiliary data and associated error correction codes.

These data items are processed in a variety of ways and are presented to the TMDS encoder as either 2 bits of control data, 4 bits of packet data or 8 bits of video data per TMDS channel. The Source encodes one of these data types or encodes a Guard Band character on any given clock cycle.



(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-54 of 97).

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message. It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



CEC Figure 17 A typical scenario for the Deck Control feature

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

When the user changes a menu language setting on the TV, it shall send a <Set Menu Language> message containing the currently selected menu [Language], as shown below.



*CEC Figure 16 A typical scenario when a menu language setting within the TV is modified*

On receipt of the <Set Menu Language> message, the device shall attempt to use the newly selected [Language] for Menus and OSDs.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-32 of 97).

21.    Plaintiff has been damaged as a result of Defendant's infringing conduct.  Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '889 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

22.    On information and belief, Defendant will continue its infringement unless preliminarily and permanently enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

23.    Plaintiff has complied with the requirements of 35 U.S.C. § 287(a). Plaintiff has not made, sold, offered for sale, or imported any product covered by

any claim of the Asserted Patent and therefore no marking was required. Plaintiff is thus entitled to recover damages for Defendant's infringement consistent with § 287(a).

## V.  JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.  Judgment that claims 1 of United States Patent No. 7,812,889 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.  Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.  That Defendant be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d.  That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.  That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

March 4, 2026

OF COUNSEL:

David R. Bennett
(motion for *pro hac vice* to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

Respectfully Submitted,

 */s/ Stephen M. Lobbin*
Stephen M. Lobbin
SML Avvocati P.C.
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391
sml@smlavvocati.com

*Attorneys for Plaintiff*
*Control Sync Systems, LLC*